# EXHIBIT 1

# EXHIBIT 1

## LAS VEGAS
# REVIEW-JOURNAL
**reviewjournal**.com

April 11, 2010
Copyright © Las Vegas Review-Journal

## Lowden leads GOP pack

Laura Myers

By LAURA MYERS

© 2010 LAS VEGAS REVIEW-JOURNAL

Sue **Lowden** has established herself as the far-ahead GOP front-runner in Nevada's U.S. Senate race and the **Republican** most likely to beat Sen. Harry Reid, even with a Tea Party candidate on the Nov. 2 general election ballot, according to a new poll commissioned by the Las Vegas Review -Journal.

Six weeks before early primary voting starts, **Lowden**'s closest GOP rival, Danny Tarkanian, has failed to catch fire with **Republican** voters in the past few months, the survey found. Meantime, Sharron Angle lost some conservative support, putting her out of the running along with two other long-shot contenders, investment banker John Chachas and Las Vegas Assemblyman Chad Christensen.

As for Reid, the poll shows the Democratic incumbent's popularity dipping to a new all-time low with 56 percent of registered Nevada voters saying they have an unfavorable opinion of the senator, while about four in 10 people say they would vote for him on Election Day — not enough to win.

"Reid is hoping third party candidates, particularly this Tea Party guy, will draw enough votes that he can win, but I don't see that happening," said Brad Coker of Mason-Dixon Polling & Research, which conducted the survey. "Everybody knows who Reid is, and voters don't have a good opinion of him."

Other political analysts said it's too soon to count Reid out, particularly since he and the state Democratic Party have a sophisticated get-out-the-vote machine and he'll have up to $25 million to spend if the Senate majority leader reaches his record fundraising goal for the 2010 election.

"I still think he's going to win, although it's not going to be pretty," said Erik Herzik, political science professor at the University of Nevada, Reno. "He has to win back all those centrists and conservative Democrats who are driving down his numbers. They don't have to love him, but they have to like Harry Reid more than they like Sue **Lowden**, who's a solid candidate but she has plenty of vulnerabilities."

If **Lowden** wins the primary it could help energize a key pillar of Reid's support, the unions, which have a long-running battle with **Lowden** for fighting organized labor while running several casinos. She lost her state Senate seat in the mid-1990s in part because unions worked against her.

According to the Mason-Dixon poll taken in early April, if the **Republican** primary were held today:

·u2002Lowden would win 45 percent of the vote.

·u2002Tarkanian, 27 percent.

·u2002Angle, 5 percent.

·u2002Christensen, 4 percent.

·u2002Chachas, 3 percent.

Sixteen percent were undecided with the other seven GOP hopefuls not registering support.

In the previous Mason-Dixon poll for the Review-Journal in February, **Lowden** also led Tarkanian by 18 points — 47 percent to 29 percent — with Angle picking up 8 percent and Chachas 1 percent.

In a general election matchup with three named candidates — including Scott Ashjian, who has filed under the Tea Party of Nevada banner — the new April poll showed:

·u2002Lowden would win with 46 percent of the vote compared with 38 percent for Reid, 5 percent for Ashjian and 11 percent undecided.

·u2002Tarkanian and Reid would end in a dead heat with 39 percent of the vote each, while Ashjian would pick up 11 percent of the vote and with another 11 percent undecided.

In the previous February survey that tested Reid in a matchup against an unnamed GOP nominee and an unnamed "Tea Party" candidate, the senator came out ahead with 36 percent of the vote compared to 32 percent for the **Republican**, 18 percent for the Tea Party candidate and 14 percent undecided.

But the latest survey shows Ashjian won't likely make much of a difference in the race.

Nevada voters who recognize his name don't like him much: 1 percent had a favorable opinion of him compared with 13 percent who had an unfavorable opinion. Another 27 percent were neutral and 59 percent didn't recognize the Las Vegas businessman's name.

Ashjian's candidacy also is in question since the Independent American Party and a member of the local Tea Party movement have challenged his right to be on the ballot. They allege that he filed as a "Tea Party" candidate several hours before he officially switched his party registration from **Republican**.

The statewide telephone poll questioned 625 registered voters who said they vote regularly in state elections. It has a margin of error of plus or minus 4 percentage points. For the GOP primary survey, pollsters questioned 300 **Republicans**, and the results had a 6 percentage point margin of error.

The survey was taken Monday through Wednesday, the same week the 70-year-old Reid was kicking off his re-election campaign with a three-day bus tour of mostly rural Southern and Northern Nevada.

Starting from his hometown of Searchlight one hour south of Las Vegas, the Reid road trip aimed to reach voters face-to-face to persuade them the Senate majority leader hasn't forgotten his small-town roots, and to highlight projects he has helped fund, including clean energy solar and geothermal plants.

Reid dismisses surveys, saying "I'm not a poll guy" and the only poll that counts is on Election Day even as his campaign says privately that its internal polling and focus groups show the senator ahead.

The Reid campaign also contends the Mason-Dixon poll isn't a true ballot test because it doesn't include the full general election slate of eight candidates, including the Democratic senator who faces little-known primary opposition, the GOP nominee, several nonpartisan candidates and one

each from the Independent American Party and the Tea Party of Nevada, and "none of these candidates."

Also, the Reid campaign insists that once a **Republican** nominee is chosen, the senator will be able to make a case for why voters should send him back to Washington for a fifth Senate term instead of a freshman **Republican** lawmaker whose record and positions Reid is prepared to pick apart.

"I think we're going to see some differences once we are up against a single **Republican** opponent," said Jon Summers, a spokesman for Reid. "We're prepared to run a race against any of those **Republican** candidates that could emerge" from the primary.

For now, Reid and his campaign are hotly focused on **Lowden** and have been attacking her on a near daily basis. This past week, from the campaign trial, Reid criticized **Lowden**'s record on veterans after she released a TV campaign ad with a Vietnam veteran praising **Lowden** for touring with Bob Hope's USO show in Vietnam several decades ago and for supporting veterans in the Legislature.

The Reid camp also made fun of **Lowden** for telling a campaign audience in Mesquite that they could save health care costs by "bartering" with doctors and paying cash for treatment.

"That's her answer to health care reform?" Summers asked.

**Lowden** defended her bartering statement by noting that some patients are paying cash now instead of using credit cards or going through insurance companies to pay for medical procedures.

"Many doctors are giving discounts," **Lowden** said before slamming the Reid campaign for following her around with a video camera. "They're so desperate that they are going to videotape everything I do so they can try and extract some morsel they think will be controversial."

**Lowden** said she expected she would be on the receiving end of brutal Reid campaign attacks since someone from his camp said last fall that the senator would "vaporize" his opponent.

"I think that my positive campaign in this primary is working," **Lowden** said. "I'm pretty happy that we are focused on June 8 and apparently Harry Reid is focused on our **Republican** primary, too."

Despite her claim to focus on the "positive" side of the campaign, **Lowden** has given as good as she's got in her battle with Reid, and her campaign had made clear she'll fight fire with fire.

She has called Reid out of touch with reality and Nevada, which has a record high unemployment rate of more than 13 percent and record home foreclosures.

"He built nothing," **Lowden** said of Reid, who has helped secure federal funding worth hundreds of millions of dollars for everything from environmental projects and parks to industry and education over his four decades in public office. "I did and all the people who pay taxes in Nevada built whatever he says he built. That's our Nevada taxpayers' money, and if he's taking credit for that shame on him."

With **Lowden** showing the most momentum and early voting starting May 22, the former state senator and casino executive appears headed toward victory in the primary unless she makes a game-changing mistake or one of her opponents manages a surprising comeback, political analysts said.

"Now is a real good moment to begin pulling ahead because that primary is getting real close," Herzik said. "Tarkanian's got to get something to distinguish him from **Lowden**, and he doesn't have it. If voters are choosing between **Lowden** and Tarkanian, then **Lowden** wins."

Tarkanian's campaign credited **Lowden**'s early, six-figure TV ad campaign for putting her ahead of the GOP pack, and is counting on a late surge with stepped up TV and radio ads for a comeback. He's launching a new TV ad Monday, featuring supporters talking about the leadership style of the real estate businessman and former University of Nevada, Las Vegas basketball star, his campaign said.

"We have not gone into full campaign mode with advertising," said Jamie Fisfis, a consultant for Tarkanian who said his internal polling shows his client doing well. "Obviously we expect things to change. Our goal is to be ahead on June 8 not April 8."

Chachas, an Ely native and multimillionaire who came home from New York to run a partly self-financed campaign, has been upping his profile with a six-figure TV and radio ad campaign to highlight his family's Nevada roots and his financial expertise. He also has erected billboards in rural and Northern Nevada, where many primary voters live, to attract more attention.

Angle and Christensen are competing for the same slice of conservative **Republican** voters, but have little to show for it so far and not much expected given their slim campaign coffers.

"Angle, Chachas and Christensen are nonfactors as long as they remain in single digits," pollster Coker said. "This late in the race they are now afterthoughts for most GOP voters."

SENATE POLL

Question: If the 2010 **Republican** primary election for Nevada's U.S. Senate seat were held today, for whom would you vote if the candidates were:

**Lowden** 45%

Tarkanian 27%

Angle 5%

Christensen 4%

Chachas 3%

Undecided 16%

LAS VEGAS REVIEW-JOURNAL

reviewjournal.com

OPINION POLL

U.S. SENATE

-- If the 2010 election for Nevada's U.S. Senate seat were held today, for whom would you vote if the choice were between Harry Reid, the Democrat, Sue **Lowden**, the **Republican**, and Scott Ashjian, the Tea Party candidate?

**LOWDEN** 46%

REID 38

ASHJIAN 5

UNDECIDED 11

-- If the 2010 election for Nevada's U.S. Senate seat were held today, for whom would you vote if the choice were between Harry Reid, the Democrat, Danny Tarkanian, the **Republican**, and Scott Ashjian, the Tea Party candidate?

TARKANIAN 39%

REID 39

ASHJIAN 11

UNDECIDED 11

Margin of error: plus or minus 4 percentage points.

SOURCE: Mason-Dixon Polling & Research Inc.

LAS VEGAS REVIEW-JOURNAL

LAS VEGAS REVIEW-JOURNAL

reviewjournal.com

OPINION POLL

TEA PARTY

-- The Tea Party movement recently held a rally featuring Sarah Pali in Senator Harry Reid's hometown of Searchlight. Do you approve or disapprove of this event?

State Democrat **Republican** Independent

APPROVE 52% 36% 70% 55%

DISAPPROVE 25 38 8 29

NOT SURE 23 26 22 16

Margin of error: plus or minus 4 percentage points.

SOURCE: Mason-Dixon Polling & Research Inc.

LAS VEGAS REVIEW-JOURNAL

Contact Laura Myers at lmyers@reviewjournal.com or 702-387-2919.

# EXHIBIT 2

# EXHIBIT 2



- Home
- Larry C Johnson
- Advertise with NoQuarterUSA
- Contact Us

search    [ search ]



**Current Article**

# Reid Better Be Looking Over His Shoulder

By Rabble Rouser Reverend Amy on April 13, 2010 at 11:00 AM in Congress (House & Senate), Current Affairs, Democrats, Electability, General Election, Harry Reid, North Carolina, President Barack Obama, Republicans, Unions

For anyone who may have been hiking in the Himalayas or something, and missed it, this is an election year. The entire House of Representatives is up for re-election, which should prove to be mighty interesting. But there are quite a few Senators up for re-election, too, including Senate Majority "Leader," Harry Reid of Nevada.

Again, when I still considered myself a Democrat until May 31, 2008, I was already disenchanted with Harry Reid. He was weak, ineffective, and seemed to have as his mantra, "Go along to get along." He has only gone downhill in my estimation since Obama took over the White House with his antagonistic, argumentative, style, cramming bills down people's throats we don't want. And again, I have written before about my "hope" that Nevada will "change" this particular senator for another.

It looks like I might get my wish, according to this article, "SENATE POLL: Lowden Leads Republican Pack; *Numbers show front-runner would beat Reid*." Oh, yeah – that is just music to my ears:

> Sue Lowden has established herself as the far-ahead GOP front-runner in Nevada's U.S. Senate race and the Republican most likely to beat Sen. Harry Reid, even with a Tea Party candidate on the Nov. 2 general election ballot, according to a new poll commissioned by the Las Vegas Review-Journal.

> Six weeks before early primary voting starts, Lowden's closest GOP rival, Danny Tarkanian, has failed to catch fire with Republican voters in the past few months, the survey found. Meantime, Sharron Angle lost some conservative support, putting her out of the running along with two other long-shot contenders, investment banker John Chachas and Las Vegas Assemblyman Chad Christensen.

> As for Reid, the poll shows the Democratic incumbent's popularity dipping to a new all-time low with 56 percent of registered Nevada voters saying they have an unfavorable opinion of the senator, while about four in 10 people say they would vote for him on Election Day — not enough to win.

> "Reid is hoping third party candidates, particularly this Tea Party guy, will draw enough votes that he can win, but I don't see that happening," said Brad Coker of Mason-Dixon Polling & Research, which conducted the survey. "Everybody knows who Reid is, and voters don't have a good opinion of him."

> Other political analysts said it's too soon to count Reid out, particularly since he and the state Democratic Party have a sophisticated get-out-the-vote machine and he'll have up to $25 million to spend if the Senate majority leader reaches his record fundraising goal for the 2010 election.

> "I still think he's going to win, although it's not going to be pretty," said Erik Herzik, political science professor at the University of Nevada, Reno. "He has to win back all those centrists and conservative Democrats who are driving down his numbers. They don't have to love him, but they have to like Harry Reid more than they like Sue Lowden, who's a solid candidate but she has plenty of vulnerabilities."

> If Lowden wins the primary it could help energize a key pillar of Reid's support, the unions, which have a long-running battle with Lowden for fighting organized labor while running several casinos. She lost her state Senate seat in the mid-1990s in part because unions worked against her.

I am not anti-union by any stretch, but I think some unions have become so big and powerful, they have become what they originally opposed.

A case in point is the creation of a third party in my home state of NC by none other than the SEIU. Or should I say, ACORN II (two, too – pick whichever one you want). Remember, SEIU was also started by none other than ACORN founder, Wade Rathke. All of that is to say, unions seem to be exerting far too much influence in our elections these days.

Back to Reid's potential opponent:

According to the Mason-Dixon poll taken in early April, if the Republican primary were held today:

■ Lowden would win 45 percent of the vote.

■ Tarkanian, 27 percent.

■ Angle, 5 percent.

■ Christensen, 4 percent.

■ Chachas, 3 percent.

Sixteen percent were undecided with the other seven GOP hopefuls not registering support.

In the previous Mason-Dixon poll for the Review-Journal in February, Lowden also led Tarkanian by 18 points — 47 percent to 29 percent — with Angle picking up 8 percent and Chachas 1 percent.

In a general election matchup with three named candidates — including Scott Ashjian, who has filed under the Tea Party of Nevada banner — the new April poll showed:

■ Lowden would win with 46 percent of the vote compared with 38 percent for Reid, 5 percent for Ashjian and 11 percent undecided.

■ Tarkanian and Reid would end in a dead heat with 39 percent of the vote each, while Ashjian would pick up 11 percent of the vote and with another 11 percent undecided.

In the previous February survey that tested Reid in a matchup against an unnamed GOP nominee and an unnamed "Tea Party" candidate, the senator came out ahead with 36 percent of the vote compared to 32 percent for the Republican, 18 percent for the Tea Party candidate and 14 percent undecided.

But the latest survey shows Ashjian won't likely make much of a difference in the race.

Nevada voters who recognize his name don't like him much: 1 percent had a favorable opinion of him compared with 13 percent who had an unfavorable opinion. Another 27 percent were neutral and 59 percent didn't recognize the Las Vegas businessman's name.

Ashjian's candidacy also is in question since the Independent American Party and a member of the local Tea Party movement have challenged his right to be on the ballot. They allege that he filed as a "Tea Party" candidate several hours before he officially switched his party registration from Republican.

I wonder if they spoke with the all of 35 Reid supporters who showed up in Searchlight when the Tea Party rally was in town when they did the poll:

The statewide telephone poll questioned 625 registered voters who said they vote regularly in state elections. It has a margin of error of plus or minus 4 percentage points. For the GOP primary survey, pollsters questioned 300 Republicans, and the results had a 6 percentage point margin of error.

The survey was taken Monday through Wednesday, the same week the 70-year-old Reid was kicking off his re-election campaign with a three-day bus tour of mostly rural Southern and Northern Nevada.

Starting from his hometown of Searchlight one hour south of Las Vegas, the Reid road trip aimed to reach voters face-to-face to persuade them the Senate majority leader hasn't forgotten his small-town roots, and to highlight projects he has helped fund, including clean energy solar and geothermal plants.

Reid dismisses surveys, saying "I'm not a poll guy" and the only poll that counts is on Election Day even as his campaign says privately that its internal polling and focus groups show the senator ahead.

The Reid campaign also contends the Mason-Dixon poll isn't a true ballot test because it doesn't include the full general election slate of eight candidates, including the Democratic senator who faces little-known primary opposition, the GOP nominee, several nonpartisan candidates and one each from the Independent American Party and the Tea Party of Nevada, and "none of these candidates."

Also, the Reid campaign insists that once a Republican nominee is chosen, the senator will be able to make a case for why voters should send him back to Washington for a fifth Senate term instead of a freshman Republican lawmaker whose record and positions Reid is prepared to pick apart.

"I think we're going to see some differences once we are up against a single Republican opponent," said Jon Summers, a spokesman for Reid. "We're prepared to run a race against any of those Republican candidates that could emerge" from the primary.

Yeah, okay – whatever helps you sleep at night, people. At least Reid will be helping the economy in Nevada with all that money he'll be spending:

For now, Reid and his campaign are hotly focused on Lowden and have been attacking her on a near daily basis. This past week, from the campaign trial, Reid criticized Lowden's record on veterans after she released a TV campaign ad with a Vietnam veteran praising Lowden for touring with Bob Hope's USO show in Vietnam several decades ago and for supporting veterans in the Legislature.

The Reid camp also made fun of Lowden for telling a campaign audience in Mesquite that they could save health care costs by "bartering" with doctors and paying cash for treatment.

"That's her answer to health care reform?" Summers asked.

Lowden defended her bartering statement by noting that some patients are paying cash now instead of using credit cards or going through insurance companies to pay for medical procedures.

"Many doctors are giving discounts," Lowden said before slamming the Reid campaign for following her around with a video camera. "They're so desperate that they are going to videotape everything I do so they can try and extract some morsel they think will be controversial."

Lowden said she expected she would be on the receiving end of brutal Reid campaign attacks since someone from his camp said last fall that the senator would "vaporize" his opponent.

"I think that my positive campaign in this primary is working," Lowden said. "I'm pretty happy that we are focused on June 8 and apparently Harry Reid is focused on our Republican primary, too."

Despite her claim to focus on the "positive" side of the campaign, Lowden has given as good as she's got in her battle with Reid, and her campaign had made clear she'll fight fire with fire.

She has called Reid out of touch with reality and Nevada, which has a record high unemployment rate of more than 13 percent and record home foreclosures.

"He built nothing," Lowden said of Reid, who has helped secure federal funding worth hundreds of millions of dollars for everything from environmental projects and parks to industry and education over his four decades in public office. "I did and all the people who pay taxes in Nevada built whatever he says he built. That's our Nevada taxpayers' money, and if he's taking credit for that shame on him."

With Lowden showing the most momentum and early voting starting May 22, the former state senator and casino executive appears headed toward victory in the primary unless she makes a game-changing mistake or one of her opponents manages a surprising comeback, political analysts said.

"Now is a real good moment to begin pulling ahead because that primary is getting real close," Herzik said. "Tarkanian's got to get something to distinguish him from Lowden, and he doesn't have it. If voters are choosing between Lowden and Tarkanian, then Lowden wins."

Tarkanian's campaign credited Lowden's early, six-figure TV ad campaign for putting her ahead of the GOP pack, and is counting on a late surge with stepped up TV and radio ads for a comeback. He's launching a new TV ad Monday, featuring supporters talking about the leadership style of the real estate businessman and former University of Nevada, Las Vegas basketball star, his campaign said.

"We have not gone into full campaign mode with advertising," said Jamie Fisfis, a consultant for Tarkanian who said his internal polling shows his client doing well. "Obviously we expect things to change. Our goal is to be ahead on June 8 not April 8."

Chachas, an Ely native and multimillionaire who came home from New York to run a partly self-financed campaign, has been upping his profile with a six-figure TV and radio ad campaign to highlight his family's Nevada roots and his financial expertise. He also has erected billboards in rural and Northern Nevada, where many primary voters live, to attract more attention.

Angle and Christensen are competing for the same slice of conservative Republican voters, but have little to show for it so far and not much expected given their slim campaign coffers.

"Angle, Chachas and Christensen are nonfactors as long as they remain in single digits," pollster Coker said. "This late in the race they are now afterthoughts for most GOP voters." (Contact Laura Myers at lmyers@reviewjournal.com or 702-387-2919.)

In the scheme of things, we don't have long to wait to see the outcome of this race. As for Reid, it's a good thing he's "not a poll guy," since every poll I have seen has him losing. I can only hope so. From his poor leadership to his hand picking of a very green senator to run against the most qualified candidate we've had in years, I would do a little happy dance if Reid got the boot (and with my crappy knees, that's saying something). Here's hoping the people of Nevada feel the same way!

**Echo** 49 Items                                                                                                           Admin



**wodiej**
I'm surprised Reid has the support of 4 in 10 voters!

I think we are seeing an amazing patchwork of people bonding together for the common cause of saving our beloved country.  It is comprised of real people period. They are Democrats, Independents and Republicans.  They are black, white, female, male, young, not so young, high school educated and college educated.  Low, Middle and higher income.  We have one common interest and that is we know how blessed we are to live in this country and want to see it given back to it's rightful owners-the American people.

Both sides have been corrupt, violated our rights, violated the Constitution, been greedy, power hungry and self-serving.  They have sold their soul to lobbyists and corporations all for the sake of a seat in Congress with rich benefits and little accountability.  They have sold the inheritance of our children and grandchildren with their irresponsible, overreaching spending habits with no oversight.

Everyone must continue to be aware of facts about candidates, not get swept up in theories, peer pressure and second hand information and elect the candidate with the best record not the best speech.
Tuesday, April 13, 2010, 8:38:41 AM – Flag – Like – Reply
Liked by  ~~JustMe~~  Breeze jbjd  helenk Juliezzz And 5 more

**Rabble Rouser Rev. Amy**
Great points, wodiej and KenoshaMarge - thank you!
Tuesday, April 13, 2010, 8:54:23 AM – Flag – Like – Reply

**Kathleen Wynne**
wodiej,

First, excellent article Rev. Amy.  Remember when Greta interviewed Ried and he told her how many people were being so nice to him, for example on airplanes, telling how glad they were that he pushed through the HC bill?  He's as dislusional as obama!

wodiej, beautifully said!  you are so right about the patchwork quilt of patriots who make up the Tea Party movement.  I actually attended one of the first and I was overwhelmed with the patriotism and love of country by the people I talked to at that event.

The reason the MSM wants to do anything and everything to discredit this movement, is because it's the ONLY thing that can stop the complete takeover of our government by corporate interests -- A UNITED AMERICA.
Tuesday, April 13, 2010, 9:09:30 AM – Flag – Like – Reply
Liked by  ~~JustMe~~  PortiaElizabeth

**Rabble Rouser Rev. Amy**
Thanks, Kathleen!

And excellent point abt the MSM and the partiotism of Tea Partiers.  I don't know WHY people who are patriotic are demonized.  It doesn't really make sense to me, but they are infantalized, it seems, or treated as being stupid because they love their country.  Go figure.
Tuesday, April 13, 2010, 9:41:55 AM – Flag – Like – Reply

**Kathleen Wynne**
Rev. Amy,

It's because they are a "threat" to the present government.  The Tea Party is the impetus for American's reclaiming their power through unity and love of country.

The progressives are using the Alinsky tactic of "skeptism" to destroy any movement that believes in the real possibility that the American people can unite and save our country from being destroyed by these "money changers" who have betrayed everything America stands for.  Their greed has blinded them to anything but their own self-serving actions.

Hence, the narcissist pied piper, obama leading the way!
Tuesday, April 13, 2010, 9:55:47 AM – Flag – Like – Reply
Liked by  PortiaElizabeth

**Obama: Dubya 2 Electric Boogaloo**
Any Bay Area NQ peeps going to the tax day rally in San Francisco or San Mateo?
Tuesday, April 13, 2010, 10:30:30 AM – Flag – Like – Reply

**Rabble Rouser Rev. Amy**
Well said, Kathleen!  Well said, indeed!

Tuesday, April 13, 2010, 10:57:34 AM – Flag – Like – Reply


**confused American**
Before Obama started Stomping for Reid I think he had more than 4 in 10....Keep on Stomping on Reid's ratings Obama...
Tuesday, April 13, 2010, 4:13:39 PM – Flag – Like – Reply


**kenoshamarge**
Everyone should be voting for the "person" they think will do the most good for their state and the country. To hell with partisanship and the major parties keeping people at each other's throats.

Vote for the person. Not the party. Not the gender. Not the one with the most money in the bank.

And for sure not the one that the media supports. If we haven't learned our lesson about this crap by now we never will.
Tuesday, April 13, 2010, 8:44:46 AM – Flag – Like – Reply
Liked by ~~JustMe~~ Breeze jbjd helenk Juliezzz And 4 more


**jbjd**
COUNTRY before CLUB.
Tuesday, April 13, 2010, 9:10:00 AM – Flag – Like – Reply
Liked by ~~JustMe~~ PortiaElizabeth AbigailAdams


**Obama: Dubya 2 Electric Boogaloo**
John Fund on the John Batchelor show said Harry will resign rather than go down in embarrasing defeat. Grab the popcorn! And who knows, maybe I'll even have a job by November...
Tuesday, April 13, 2010, 8:48:12 AM – Flag – Like – Reply
Liked by Breeze confused American


**Rabble Rouser Rev. Amy**
Is that right, Boogaloo?  We had been discussing if that would be possible for his ego to ever accept that he WOULD be defeated...
Tuesday, April 13, 2010, 8:53:57 AM – Flag – Like – Reply


**Obama: Dubya 2 Electric Boogaloo**
Yep. Fund assumed that Harry would resign before dragging his son, who's running for Gov, down with him
Tuesday, April 13, 2010, 9:00:54 AM  – Flag – Like – Reply


**~~JustMe~~**
Oh his sons!

Good post Amy, as always!

**The hidden life of Harry Reid : Reid loves to keep it in the family**

http://www.jewishworldreview.com/0410/morris041310.php3
Reid needs to be put out to pasture.

Tuesday, April 13, 2010, 9:08:24 AM – Flag – Like – Reply
Liked by Breeze PortiaElizabeth confused American Guest


**Rabble Rouser Rev. Amy**
Holy SMOKES, Just Me - that is incredible!  I knew his son was running for governor, but that his three sons and son in law are all lobbyists for special interests is mighty telling indeed.  GREAT link - thank you!

And thanks for the compliment, too!
Tuesday, April 13, 2010, 9:40:18 AM – Flag – Like – Reply
Liked by ~~JustMe~~ sowsear Breeze confused American Guest


**jbjd**
I am not at my computer; I added a "like" to ~~JustMe~~'s post.  The article on Harry Reid is dynamite.  (I won't even bother checking references; these 'facts' appear too easily verifiable, to be lies.)
Tuesday, April 13, 2010, 10:15:24 AM – Flag – Like – Reply
Liked by Rabble Rouser Rev. Amy ~~JustMe~~ confused American


**PssttCmere**
If you know anything about the political climate in NV, you know the majority is not feeling Harry Reid. Las Vegas is filled with signs calling for his defeat. I know; I see them everyday!!  How he has lasted this long I do not know, but his salad days are over.  AND he should be ashamed of the abomination he has become. He might have had good intentions at one time....today, not so much.  And he can take Rory with him.  If the stars stay aligned, NV may soon be seeing a republican, hispanic governor.

"Say What You Will...It Feels So Good"
Tuesday, April 13, 2010, 9:44:35 AM – Flag – Like – Reply
Liked by Breeze PortiaElizabeth confused American


**Rabble Rouser Rev. Amy**
Thanks, Cmere - I appreciate hearing from someone who lives there.

Frankly, I was kinda surprised he kept getting re-elected, too. I guess it was his special interest connections (see Just Me's link above) that have kept him in office.

He really has made a huge swing, and it has NOT been for the better.
Tuesday, April 13, 2010, 10:13:56 AM – Flag – Like – Reply

 **PssttCmere**
You are welcome RRRA....I am from CA where I did not vote for Arnold and I promise not to vote for any buffoons in NV either. Yes, the re-electing is a mystery.

It is sad when "good pols go bad" 

"Say What You Will...It Feels So Good"
Tuesday, April 13, 2010, 4:00:35 PM – Flag – Like – Reply

 **confused American**
Now the question is how one gets rid of Pelosi....At least we can take away her Speaker of the House Seat...LOL
Tuesday, April 13, 2010, 4:16:01 PM – Flag – Like – Reply

 **carol haka**
I say "COUNTRY CLUB" before poverty.

I'm just having a tiny little problem paying for it these days.


Tuesday, April 13, 2010, 9:47:24 AM – Flag – Like – Reply

 **Sassy**
My fortune cookie from Saturday said "The most direct approach isn't always the best. Use diplomacy." Ha! That doesn't apply to me!
I hope Barry's Harry needs a searchlight to find his votes!
I hope he isn't expecting the mayor of Las Vegas to vote for him.
Tuesday, April 13, 2010, 9:49:15 AM – Flag – Like – Reply
Liked by  Breeze

 **GlowingSpark**
I'm confused. You say you used to not like Harry Reid because he was  "weak", "ineffective" and  he would "go along to get along". Now you don't like him because he's "antagonistic" (which is the opposite of "go along to get along"), argumentative (which is the opposite of "go along to get along") and "cramming bills down people's throats" (which is the opposite of being "weak" and "ineffective".)
Tuesday, April 13, 2010, 9:59:38 AM – Flag – Like – Reply

 **Rabble Rouser Rev. Amy**
When Bush was still in office, Harry Reid was a freakin' lapdog.  Now, he is a huge bully.

Does that clear it up for you?
Tuesday, April 13, 2010, 10:09:35 AM – Flag – Like – Reply
Liked by  Breeze  PortiaElizabeth  Robb  PssttCmere  confused American  liorac  Guest

 **Diana L. C.**
It was clear to me before the "dying ember"  asked.  I think it's a good description of NP also.
Tuesday, April 13, 2010, 10:35:01 AM – Flag – Like – Reply

 **Rabble Rouser Rev. Amy**
LOL - good one, Diana!  And I see below s/he is intentionally distorting what I said, so whatever.
Tuesday, April 13, 2010, 11:02:39 AM – Flag – Like – Reply
Liked by  confused American

 **GlowingSpark**
The job of congressional leaders is to pass the bills that their caucus want to be passed and stop bills that their caucus doesn't want to be passed. So, when Bush was president your problem with Reid was that he was "ineffective" at his job. Meaning that the Senate was passing bills that the Democrats didn't want and not passing bills that they did want.

Now, that Obama is president you think Reid is effective at his job (getting bills passed that the Democrats want passed) but you don't like the way he is going about it. He should be getting the bills passed without being "argumentative".

OK, got it. Thank you for clearing that up.
Tuesday, April 13, 2010, 10:35:56 AM – Flag – Like – Reply

 **Cindy**
*OK, got it. Thank you for clearing that up.*

Sparky-
Only 4 out of every 10 people in Nevada want to vote for Senate Majority Leader Harry Reid.

How about clearing THAT up!!?
Tuesday, April 13, 2010, 11:07:26 AM – Flag – Like – Reply


**jwrjr**
Wrong. The job of Congressional leaders is to pass the bills that their **constituents** want. That is why they are called "Representatives". Any "leaders" or caucus members who don't do what their constituents want deserve to be fired for cause - dereliction of duty.
Tuesday, April 13, 2010, 11:08:44 AM – Flag – Like – Reply
Liked by ~~JustMe~~ Robb PortiaElizabeth Diana L. C. PssttCmere


**Rabble Rouser Rev. Amy**
Well said, jwrjr. Thanks for the civics lesson - most people in this country haven't a clue abt them (abt half of college students don't). Pitiful.

Your answer was perfect!
Tuesday, April 13, 2010, 11:14:28 AM – Flag – Like – Reply
Liked by ~~JustMe~~ PortiaElizabeth Diana L. C.


**PortiaElizabeth**
Hey, Sparky -- it'll be a cold day in Parumph when we forget the role Dirty Harry played in sinking Hillary's chances in 2008. So if we are gloating now because he's going down in November, well, it's that karma thing. Ya know?
Tuesday, April 13, 2010, 11:22:46 AM – Flag – Like – Reply
Liked by Rabble Rouser Rev. Amy ~~JustMe~~ Cindy Diana L. C. PssttCmere


**PssttCmere**
FYI....Reid should be voting for what his constituents want, not the democratic party...jmo

"Say What You Will...It Feels So Good"
Tuesday, April 13, 2010, 4:02:22 PM – Flag – Like – Reply
Liked by Rabble Rouser Rev. Amy Diana L. C. PortiaElizabeth


**Cindy**
Rev. Amy----- We'll all keep our fingers crossed that Reid loses, 'cause we want to see you do your "happy dance".......... No Quarter's answer to "Dancing With the Stars"! Hey, maybe Barack should start his own primetime show and call it "Dancing With the Czars". It would run longer than the remainder of Reid's term in office (hopefully) since Barry has about a zillion of 'em, doesn't he???
Seriously, hubby and I agree with you in that even when we were the D-word, we didn't care for Harry Reid. He was so weak and ineffective. Now we're hoping that those same traits will drive him out of office.
Tuesday, April 13, 2010, 10:12:42 AM – Flag – Like – Reply
Liked by ~~JustMe~~ Breeze PortiaElizabeth confused American Diana L. C. PssttCmere


**Rabble Rouser Rev. Amy**
ROTFL - I love it, Sassy! "Dancing With The Czars" - PERFECT!!!!

I was so surprised when the Dems picked Reid to be Senate Majority Leader. Out of all of the people they had available, they picked HIM? Initially, they said it was because he was strong, would stand up to Bush, blah, blah, blah. He caved from the get-go.

Then, he decided, as I said, to push the "light skinned man" with "no Negro dialect, unless he wanted to have one."

What a guy...
Tuesday, April 13, 2010, 10:22:17 AM – Flag – Like – Reply
Liked by Breeze


**FrenchNail**
I was just reading at theHill how Reid got the Giant Manufactors off the hock on the upcoming reform of Credit.

http://thehill.com/blogs/on-the-money/banking-financial-institutions/91815-manufacturing-giants-aim-to-protect-industrial-banks

That's a whole lot of favors in the bank so to speak!

I would not discount the (dirty) fighting power of Reid. It's gonna take an overwehlming opponent victory to erase all the fraud he is preparing to buy.
Tuesday, April 13, 2010, 10:40:09 AM – Flag – Like – Reply


**Rabble Rouser Rev. Amy**
Oh, Reid seems to be in the pocket of all kinds of people: casino owners, unions, banks...

I think you are right, French Nail, we cannot count him out, along with the levels of dirty play to which he will descend. We have already seen how he truly operates, and it ain't pretty...
Tuesday, April 13, 2010, 11:00:46 AM – Flag – Like – Reply
Liked by sowsear confused American Diana L. C.


**jwrjr**
Reid would lose an honest election. But **honest** elections seem to be in short supply lately.
Tuesday, April 13, 2010, 11:11:19 AM – Flag – Like – Reply
Liked by Rabble Rouser Rev. Amy sowsear ~~JustMe~~ Diana L. C.



**PortiaElizabeth**
Amy --- thank you for this piece. I always enjoy reading about Harry Reid's upcoming comeuppance. I do worry about the strength of the unions. I seem to recall during the primaries how they tried to control the outcome. Not pretty by all accounts.
Tuesday, April 13, 2010, 11:27:25 AM – Flag – Like – Reply
Liked by  PssttCmere

> **Rabble Rouser Rev. Amy**
> Hey, PE - thanks!
>
> Yes, the unions seem to be mighty powerful. I heard this morning that Stern, the head of the SEIU (again, founded by ACORN founder, Wade Rathke), is planning on retiring. Stern went to the WH a number of times in Obama's first 6 months. Interesting, no?
>
> But here's the thing. SEIU represents a little over 2 million people. WHY, then, do they have SO much infuence? Remember, they held CA hostage, having Obama tell the Guv that he would not get Fed dollars if he insisted SEIU make cutbacks like everyone else had to make.
>
> And your memory serves you correctly - they surely did try to affect the outcome. Again, it begs the question - WHY is such a small group so pwoerful??
> Tuesday, April 13, 2010, 11:32:44 AM – Flag – Like – Reply
> Liked by  PortiaElizabeth 🟦 confused American

> **Kathleen Wynne**
> Amy,
>
> Seems to me like the rats are leaving the sinking ship. You know, getting out of Dodge before the pesants find out what they've been doing.
> Tuesday, April 13, 2010, 1:15:12 PM – Flag – Like – Reply



**Diana**
Would love to see Reid ousted. He deserves it! Any hope of getting rid of McCaskil as well?
Tuesday, April 13, 2010, 11:28:36 AM – Flag – Like – Reply
Liked by  Cindy

> **Rabble Rouser Rev. Amy**
> Good question, Diana - she deserves it, too!
> Tuesday, April 13, 2010, 11:43:00 AM – Flag – Like – Reply
> Liked by  Cindy 🟦 confused American

> **PssttCmere**
> How about Pelosi, Emmanuel, and Frank too?
>
> "Say What You Will...It Feels So Good"
> Tuesday, April 13, 2010, 4:04:33 PM – Flag – LIke – Reply

> **Rabble Rouser Rev. Amy**
> Oh, YES, Cmere - I cannot believe I used to think Frank was GOOD. Heck, I voted for him when I lived in MA. I swear, he was a different person then, much more in tune with what his constituents wanted. Not any more.
>
> And Pelosi - holy smokes, what a disaster...
>
> Emmanuel - what a quintessential Chicago-politician...
> Tuesday, April 13, 2010, 5:13:50 PM – Flag – Like – Reply
> Liked by  PssttCmere



**Diana**
Oh yes she does!
Tuesday, April 13, 2010, 12:31:04 PM – Flag – Like – Reply



**confused American**

How about Pelosi, Emmanuel, and Frank too?

"Say What You Will...It Feels So Good"

+++++++++++++++++++++++++++++++++++++++++++++++++++++

Great article again RRRA....You have been on a fantastic Roll lately with some really good stuff.

There have been two rumors I keep hearing as they get bounced around, that I can't totally get verified...

One about Hillary going for Supreme Court

The other about Frank retiring....

The first is a bit fishy for me to take in...

The second I love ...Would be nice to have his vile mouth gone...

Pelosi is going to be one hard nut to crack...But at least getting her out of the Speakers seat will be Great!!!!

Tuesday, April 13, 2010, 4:23:05 PM -- Flag -- Like -- Reply


**Rabble Rouser Rev. Amy**
Hey, CA - the WH has already said Hillary is NOT being considered for SCOTUS.

But after the brouhaha with Frank and his partner on a flight back from LA, Frank might think twice abt it...
Tuesday, April 13, 2010, 5:16:54 PM -- Flag -- Like -- Reply
Liked by confused American


**confused American**
Frank just don't when to leave well enough alone...that final comment/joke Hmmmmmm\
Tuesday, April 13, 2010, 5:23:55 PM -- Flag -- Like -- Reply


**ddjk154**
**i was thinking...**

mbt shoes  discount mbt shoes  mbt  lv bags  lv bag  louis vuitton bags
louis vuitton bag  christian louboutin shoes  christian louboutin
Thursday, April 15, 2010, 7:34:56 AM -- Flag -- Like -- Reply

Social Networking by

| | Login | Your name (required) |
|---|---|---|
| | Share | This Page |

What's on your mind...

Add images      Follow                                                           Cancel   Post



**Larry Johnson's Bio**

**Larry Johnson's recent TV appearances, with videos:** CNN's CNN Newsroom, January 8, 2010 * CNN's CNN Newsroom, January 4, 2010 * Larry King Live, December 31, 2009 * CNN's American Morning, December 30, 2009 * CNN's CNN Newsroom, December 29, 2009 * CNN's Larry King Live, December 29, 2009 * PBS's Newshour, December 28, 2009 * CNN's CNN Tonight, December 28, 2009

**Thank you all for purchasing our advertised products. We defray blog costs solely through sales and donations. Please click to Amazon via our blog. We choose products ranked high by customers, with free shipping and on sale.**



---

**The Hottest Deals of the Day, Every Day**

---

If you're looking for a great read on the growth of jihadism, you won't find a more fascinating book that -- *I promise you* -- you won't be able to put down:



The Looming Tower: Al Qaeda and the Road to 9/11 (Vintage). Lawrence Wright has accomplished the near-impossible: A fun-to-read book on the detailed history of the evolution of jihadism and Al Qaeda, loaded with high drama, that's also so well done that it won the Pulitzer.

---

**Blu-ray Players Under $200:** The high-def experience doesn't have to be expensive. Amazon.com has Blu-ray players from brands such as LG, Samsung, and Sony with prices below $200.

---

36% Off at $127.48: Panasonic DMP-BD60 Blu-ray Disc Player, Black

---

Women's Classic Tall UGG Boots (UGG Australia's Classic Tall boot for women features lavish twin-faced sheepskin for the utmost comfort; Precision craftsmanship)

---

**ALL COATS ARE 60% OFF.** Among the

hundreds of options and colors:



**60% Off at $84.00:** AK Anne Klein Women's Wool Single Breasted Seamed Detail Hooded Pea Coat

**ALL 60% OFF:**
MEN'S COATS &
KIDS' COATS



**38% Off at $79.95:** KitchenAid KHB300 Hand Blender (Includes wire whisk and nut chopper attachments; 4-cup mixing beaker with snap -lock lid for storing foods; Accessory bag with drawstring; Ergonomic)



The Hurt Locker



**56% OFF: $15.99 The Hangover** (Unrated Edition) [Blu-ray] OR buy the DVD version for 40% off at $20.99: The Hangover (Unrated Two-Disc Special Edition)



**55% OFF: $17.99** Golden Globe nominee **Inglourious Basterds** (2-Disc Special Edition) [Blu-ray] DVD Version: Inglourious Basterds (Single-Disc Edition)



**66% OFF: $9.99** **Julie & Julia**



**56% Off at $39.48:** Mastering the Art of French Cooking (2 Volume Set) by the great Julia Child

**64% OFF: $17.99** Mad Men - Season Two

**55% OFF: $17.99** Mad Men - Season One

More Best-Selling Movies & TV On Sale!

**43% Off, $16.99:** Pinzon Wine Openers with Foil Cutter and Corkscrew



**36% Off, $17.99:** Libbey Vina 18-1/4-Ounce Round Red-Wine Goblets, Set of 6 (Made in U.S.A.)



**42% Off, $16.34:**
Windows on the World
Complete Wine Course:
25th Anniversary
Edition



**65%
OFF: $50.39** Cuisinart
ICE-30BC Pure
Indulgence 2-Quart
Automatic Frozen
Yogurt, Sorbet, and Ice
Cream Maker

**More Cuisinart finds:**

**56% OFF: $39.99**
Cuisinart DLC-4CHB
Mini-Prep Plus 4-Cup
Food Processor,
Brushed Stainless Steel



**71% OFF: $114.95**
Cuisinart Chef's Classic
Stainless-Steel 10-Piece
Cookware Set

Browse all Victorinox
Swiss Army products
products -- **at over 50%
savings**:



**50% Off at $18.99:**
**Victorinox Swisscard
Lite, Sapphire** - Credit-
card-sized, fits in wallet
or pocket with letter
opener, scissors,
tweezers, magnifying
glass, 3mm and 5mm
flat-head screwdrivers,

2 Phillips screwdrivers,
LED mini light, ruler.

From the same Swiss
Army company, a five-
star rated kitchen knife,
**23% off at $29.99:**
Victorinox 8-Inch
Chef's Knife, Black
Fibrox Handle



Amazon.com
Gift Cards

▶ Buy now

Privacy information

NoQuarterUSA earns a
higher percentage from
gift card sales for every
occasion (birthdays to
anniversaries to
holidays).

Best-Selling Cheese
Samplers

Most Popular Gourmet
Chocolates



Preview all songs on
Susan Boyle's "I
Dreamed A Dream" for
**$9.99.**

**NEW HOT BOOKS:**



**This hilarious collection of the best of** *The Onion* **is 52% off at $13.50:** Our Front Pages: 21 Years of Greatness,
Virtue, and Moral Rectitude from America's Finest News Source (Onion Presents)

Visit The Onion Page at Amazon.



**This best-seller is 42% off at $23.40:** <u>An Uncommon History of Common Things</u>

More <u>Best-Sellers</u>



**32% OFF: $10.20** <u>On Call in Hell: A Doctor's Iraq War Story</u>

**42% Off, $20.47:** <u>How to Cook Everything (Completely Revised 10th Anniversary Edition), Completely Revised 10th Anniversary Edition: 2,000 Simple Recipes for Great Food</u>

<u>How to Smell a Rat: The Five Signs of Financial Fraud</u> **(34% Off)**

<u>Bargain Books</u>

**34% OFF:** <u>Sarah from Alaska: The Sudden Rise and Brutal Education of a New Conservative Superstar</u>

**$14.50 (50% off):** <u>Going Rogue: An American Life</u> by Sarah Palin

**From Larry's and Pat Lang's friend, Richard Sale: 34% off:** <u>Clinton's Secret Wars: The Evolution of a Commander in Chief</u> **- An account of the steady growth of President Clinton as a master of the game of nations.**



Privacy Information

**Video of Patrick Lang (and Larry Johnson) on Valerie Plame Wilson** (More testimony)
By Patrick Lang: <u>Death Piled Hard: A Tale of the Confederate Secret Services</u>, for Civil War and thriller fiction fans

NOTE: Prices and availability are subject to change at any time.

## · **Support This Blog**

Donate

## · Recent Comments

### Recent Comments

#### Comments

"When we returned from Vietnam, I remember the taunts, the verbal and even physical abuse we encountered." LOL, I guess he is...
Yttik — Thursday, May 20, 2010
/blog/2010/05/20/just-admit-it-already/

Hillary did not exactly lie about her sniper fire story. She did once have to run with her head down, she did once land when there was sniper fire in ...
Yttik — Thursday, May 20, 2010
/blog/2010/05/20/just-admit-it-already/

And so you will give Blumenthal more opportunities to lie about bigger things that might kill people or cost the country more?
felizarte — Thursday, May 20, 2010
/blog/2010/05/20/just-admit-it-already/

Try repeatedly hitting the refresh button. Someone suggested that yesterday and it worked for me.
sowsear — Thursday, May 20, 2010
/blog/2010/05/20/a-warning-about-those-ads-selling-gold/

He's not worth the time of day. It simply blows my mind how he could make up so many lies and expect to be taken seriously! He should go away never to...
~~JustMe~~ — Thursday, May 20, 2010
/blog/2010/05/20/just-admit-it-already/

## · Recent Posts

- Just Admit It Already!
- A Warning About Those Ads Selling Gold
- What An Illegal Immigrant Hating Law
- Oh dear. Our chief plutocrat isn't feelin' the love.
- Arizona Is Not Chinese for Human Rights–UPDATE
- The Official Election Returns Open Thread at NoQuarter
- Oil Spill Meets Loop Current
- Sarah Palin and the Feminist Revival
- Primary News, Rumors, and Projections * NoQuarter Readers' Open Thread
- One Immigrant's Story
- A Tale Of Resurrection
- The Plutocrat's Decree of the Day … a True Jaw Dropper
- Democracy, Plutocracy and Useful Idiots
- NoQuarter Radio's Sins of Omission with Paulie Abeles – Monday night at 9:00 ET
- A must-see: *60 Minutes* interviews Deepwater Horizon survivor Mike Williams

## · Larry Doyle's SenseonCents.com



## · Visit this successful music site!



See, hear and discover **new music.** Enjoy the ride as we grow and harmonize the world.

## · Archives

Select Month

## · Blog Calendar

April 2010

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

« Mar          May »

## · Search This Blog

search          search

## · Get Blog Updates via E-Mail

Enter your email address:

Subscribe

Delivered by FeedBurner

## · Don't Miss LIVE NoQuarter Radio!



**\* Mondays - 9 p.m. ET:** Sins Of Omission **with Paulie Abeles** (Politics, Sexism, Misogyny, Media Bias)
**\* Sundays - 8 p.m. ET:** Sense on Cents with Larry Doyle (Macro/Micro Economics, Politics)
**\* Sundays - @ 11:00 ET: Larry Johnson joins the "experts panel" weekly on John Batchelor's nationally syndicated radio show via iTunes** (select Radio, scroll to and select News Talk Radio, scroll to and select WABC-AM). Check Sunday promos here for exact times and subjects. Listen to Podcasts via WABC.
**Join us at No Quarter Radio.**
**Hear archived Podcasts on your PC/Mac via iTunes or iPod:**
**Step 1:** Download iTunes (PCs or Macs) at Mac.com:
**Step 2:** Open iTunes and click on the left-column iTunes Store link:



**Step 3:** In the upper-right search window, type this *exactly*: **No Quarter Radio Podcast**



Click the search result, "Subscribe," to auto-download No Quarter Radio shows. More help: iTunes tutorial.

## • **Blogroll**

- ◦ Alegre's Corner
- ◦ Caucus Irregularities (Dr. Lynette Long)
- ◦ ConsortiumNews
- ◦ Denver Group
- ◦ Flopping Aces
- ◦ Global Labor and Politics (Steve Diamond)
- ◦ Global Paradigms
- ◦ GOPMom
- ◦ Group News Blog
- ◦ IAVA (Iraq & Afghanistan Veterans of America)
- ◦ Informed Comment, Juan Cole
- ◦ InsightAnalytical – Watching Our World
- ◦ jbjd (blog)
- ◦ John Batchelor Show (Larry Johnson is a regular Sunday night guest, 10:30 p.m. ET)
- ◦ Larisa Alexandrovna
- ◦ Laura Rozen's War and Piece blog (she wrote the afterword to Valerie Plame Wilson's book)
- ◦ Make Them Accountable (Carolyn Kay)
- ◦ Muzlink (Muzlink is a progressive, independent, local-to-global website that networks music makers and music lovers together across the world.)
- ◦ Nail 'Em Up (Regular on DCMediaGirl's radio show)
- ◦ Partizane – NewHampster
- ◦ Rabble Rouser Ruminations
- ◦ RawStory
- ◦ Reflective Pundit
- ◦ Sara in Italy
- ◦ Sic Semper Tyrannis (W. Patrick Lang)
- ◦ TalkLeft (the politics of crime)
- ◦ THE BRAD BLOG
- ◦ The Confluence
- ◦ The Covert Comic
- ◦ The Left Coaster
- ◦ The New Agenda
- ◦ The Pakistan Update
- ◦ Think Progress
- ◦ This Modern World
- ◦ Trac-A-'Crat
- ◦ Uppity Woman
- ◦ Vet Voice Blog (VoteVets' blog + resources for veterans)
- ◦ VoxVerax
- ◦ Washington Note – Steve Clemons' top-notch blog
- ◦ Washington Times News and Columns
- ◦ Women For Fair Politics

## • **2008 Weblog Awards Results!**

**CONGRATULATIONS** to LARRY JOHNSON and all of our terrific writers for placing second in "Best Political Coverage"! And hearty thanks to all of you who voted for us! See results here.



## • **Meta**

- ◦ Technical Help
- ◦ Submit Story Ideas



© Copyright NO QUARTER 2007. All rights reserved.

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:        Text

Registration Number / Date:
                     TX0007151835 / 2010-06-08

Application Title: Lowden leads GOP pack.

Title:               Lowden leads GOP pack.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-04-11

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

================================================================================