SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                Plaintiff,<br><br>v.<br><br>NO QUARTER, an entity of unknown origin and nature; and LARRY C. JOHNSON, an individual,<br><br>                Defendants. | Case No.: 2:10-cv-01022-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT LARRY C. JOHNSON'S MOTION TO SET ASIDE DEFAULT AND MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

1  IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and
2  through its counsel of record, and Defendant Larry C. Johnson ("Defendant"), by and through his
3  counsel of record, that Righthaven's Response to Defendant's Motion to Set Aside Default and
4  Motion to Dismiss (Doc. # 16, 18), which was originally filed as one document and which has
5  been separated by the Court into to separate docket entries, shall all be due on or before March 4,
6  2011.  In view of this extension of time, Defendant shall have until March 14, 2011 to file its
7  reply to Righthaven's response to the Motion to Set Aside Default and the Motion to Dismiss.
8      This stipulation and order is entered into between Righthaven and Defendant due to some
9  confusion raised by the Court's action in splitting the original motion filed by Defendant into
10 two separate docket entries, as well as the Defendant's recent filing of an errata to same (Doc. #
11 21-0, 21-1–21-4). This stipulation and order is also entered into as an accommodation for the
12 scheduling conflicts of Righthaven's counsel.  This stipulation is sought in good faith and not for
13 purposes of delay.
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Dated this 22nd day of February, 2011.

| WOODS ERICKSON WHITAKER & MAURICE LLP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ Jason M. Wiley<br>JASON M. WILEY, ESQ.<br>Nevada Bar No. 9274<br>jwiley@woodserickson.com<br>1349 W. Galleria Drive, #200<br>Henderson, Nevada 89014<br><br>*Attorneys for Defendant* | By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br><br>ANNE E. PERONI, ESQ.<br>Nevada Bar No. 9630<br>aperoni@righthaven.com<br>*Counsel at Righthaven LLC*<br>Righthaven LLC<br>9960 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** _____

3