SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NO QUARTER, an entity of unknown origin and nature; and LARRY C. JOHNSON, an individual,<br><br>　　　　　　Defendants. | Case No.: 2:10-cv-01022-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT LARRY C. JOHNSON'S MOTION TO DISMISS AND CONSENT TO SET ASIDE DEFAULT**<br><br>**(FOURTH REQUEST)** |

     IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendant Larry C. Johnson ("Defendant"), by and through his counsel of record, that Righthaven's Response to Defendant's Motion to Dismiss (Doc. # 16, 18), which was due on March 18, 2011 and Defendant's reply to Righthaven's response to same was due on March 28, 2011 based on a stipulation and order entered by the Court on March 16, 2011 (Doc. # 29), shall now be due as follows:  (1) Righthaven's response to Defendant's Motion Dismiss is to be filed on or before **April, 8, 2011**; and Defendant's reply to Righthaven's response shall be filed on or before **April 29, 2011**.

     This stipulation and order is entered into between Righthaven and Defendant because the parties have reached agreement in various material terms to settle these proceedings but have not yet reduced their understanding to writing via a formal settlement agreement.  The parties wish to relieve the Court of the burden associated with unnecessary filings in this action in view of the fact that Righthaven's response and Defendant's reply submissions would appear to be rendered moot given the nature of the settlement discussions between them.  The time periods requested by this stipulation should provide the parties with sufficient time to negotiate and execute a written settlement agreement or, should for some unforeseen and unlikely reason a settlement is not formally reduced to writing, adequate time is provided for appropriate responses to be filed in connection with Defendant's Motion to Dismiss. This stipulation is sought in good faith and not for purposes of delay.

///
///
///
///
///
///
///
///

Dated this 22nd day of March, 2011.

| WOODS ERICKSON WHITAKER & MAURICE LLP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ Jason M. Wiley<br>JASON M. WILEY, ESQ.<br>Nevada Bar No. 9274<br>jwiley@woodserickson.com<br>1349 W. Galleria Drive, #200<br>Henderson, Nevada 89014<br><br>*Attorneys for Defendant* | By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br><br>ANNE E. PERONI, ESQ.<br>Nevada Bar No. 9630<br>aperoni@righthaven.com<br>*Counsel at Righthaven LLC*<br>Righthaven LLC<br>9960 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br><br>*Attorneys for Plaintiff Righthaven LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** March 25, 2011