# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

vs.

NO QUARTER and LARRY C. JOHNSON,

    Defendants.

Case No.  2:10-cv-1022-JCM-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 25, 2010. Defendant Johnson filed a Motion to Dismiss (#18) February 2, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 28th day of March, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge