SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-01022-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT LARRY C. JOHNSON'S MOTION TO DISMISS AND CONSENT TO SET ASIDE DEFAULT** |
| v. | |
| NO QUARTER, an entity of unknown origin and nature; and LARRY C. JOHNSON, an individual, | **(FIFTH REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendant Larry C. Johnson ("Defendant"), by and through his counsel of record, that Righthaven's Response to Defendant's Motion to Dismiss (Doc. # 16, 18) shall now be due as follows:  (1) Righthaven's response to Defendant's Motion Dismiss is to be filed on or before **April, 29, 2011**; and Defendant's reply to Righthaven's response shall be filed on or before **May 13, 2011**.

This stipulation and order is entered into between Righthaven and Defendant because the parties have reached agreement on various material terms to settle these proceedings have

reduced their understanding to writing via a draft settlement agreement.  This draft settlement agreement is now under review by the parties and their counsel.  The parties wish to relieve the Court of the burden associated with unnecessary filings in this action in view of the fact that Righthaven's response and Defendant's reply submissions would be rendered moot given the fact that they are on the verge of settling this dispute. The time periods requested by this stipulation should provide the parties with sufficient time review and finalize a settlement agreement or, should for some unforeseen and unlikely reason a settlement is not formally reduced to writing, provide them with adequate time to file appropriate responses in connection with Defendant's Motion to Dismiss. This stipulation is sought in good faith and not for purposes of delay.

Dated this 12th day of April, 2011.

WOODS ERICKSON WHITAKER                SHAWN A. MANGANO, LTD.
   & MAURICE LLP

By: /s/ Jason M. Wiley                      By: /s/ Shawn A. Mangano
JASON M. WILEY, ESQ.                     SHAWN A. MANGANO, ESQ.
Nevada Bar No. 9274                        Nevada Bar No. 6730
jwiley@woodserickson.com                shawn@manganolaw.com
1349 W. Galleria Drive, #200              9960 West Cheyenne Avenue, Suite 170
Henderson, Nevada 89014                  Las Vegas, Nevada 89129-7701

  *Attorneys for Defendant*                     *Attorney for Righthaven LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

                    April 15, 2011
DATED: _____

2