**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-01022-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NO QUARTER and LARRY JOHNSON, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and Scheduling Order. On March 28, 2011, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before April 7, 2011 (Order #33). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **April 29, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 19th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge