# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

vs.

NO QUARTER and LARRY JOHNSON,

    Defendants.

Case No.  2:10-cv-01022-JCM-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and Scheduling Order.  On April 20, 2011, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before April 29, 2011 (Order #38).  To date, the parties have failed to comply.  Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **May 23, 2010**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 11th day of May, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge