SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>LARRY C. JOHNSON, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01022-JCM-GWF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Righthaven LLC ("Righthaven") and Larry C. Johnson ("Mr. Johnson"; collectively with Righthaven known herein as the "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences as of April 14, 2011, and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Mr. Johnson in the above-captioned matter.

///

///

///

///

1

1  ///

2  WHEREFORE, the Parties request this Court enter an Order dismissing the above-
3  captioned action filed against Mr. Johnson with prejudice.

4

5  Dated this 18th day of May, 2011.

6

7  WOODS ERICKSON WHITAKER                SHAWN A. MANGANO, LTD.
   & MAURICE LLP
8

9  By: /s/ Jason M. Wiley                 By: /s/ Shawn A. Mangano
   JASON M. WILEY, ESQ.                   SHAWN A. MANGANO, ESQ.
10 Nevada Bar No. 9274                    Nevada Bar No. 6730
   jwiley@woodserickson.com                shawn@manganolaw.com
11 1349 W. Galleria Drive, #200           9960 West Cheyenne Avenue, Suite 170
   Henderson, Nevada 89014                Las Vegas, Nevada 89129-7701
12
   *Attorney for Defendant*               *Attorney for Plaintiff*
13

14

15
                                          **IT IS SO ORDERED:**
16
                                          _____
17
                                          **UNITED STATES DISTRICT COURT JUDGE**
18
                                                    May 27, 2011
19                                        **DATED:** _____

20

21

22

23

24

25

26

27

28